UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Maurice Bagley**             **Docket No. 5:09-CR-200-1FL**

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Maurice Bagley, who, upon an earlier plea of guilty to Distribution of 50 Grams or More of Cocaine Base (Crack) and Aiding and Abetting 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 7, 2009, to the custody of the Bureau of Prisons for a term of 128 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Antonio Maurice Bagley was released from custody on June 16, 2017, at which time the term of supervised release commenced.

On October 20, 2018, in Wake County, North Carolina, a warrant was served on the offender alleging that he committed the offense of Misdemeanor Public Disturbance on September 21, 2018. On February 26, 2019, the defendant pled guilty to Misdemeanor Disorderly Conduct.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 7, 2019, the defendant reported for an office visit and spoke to the probation officer about his guilty plea of Misdemeanor Disorderly Conduct. The probation officer could see that the offender appeared stressed and after further discussion, he admitted to using marijuana on March 2, 2019. Because of the offender's new drug admission and Misdemeanor Disorderly Conduct conviction, the probation office is recommending that he be placed back into the Surprise Urinalysis Program, afforded an opportunity to participate in substance abuse treatment and complete 16 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Antonio Maurice Bagley
Docket No. 5:09-CR-200-1FL
Petition For Action
Page 2

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: March 07, 2019

## ORDER OF THE COURT

Considered and ordered this __8th__ day of __March__, 2019, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge