UNITED STATES DISTRICT COURT  
for the  
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Maurice Bagley**   **Docket No. 5:09-CR-200-1FL**

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Maurice Bagley, who, upon an earlier plea of guilty to Distribution of 50 Grams or More of Cocaine Base (Crack) and Aiding and Abetting 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 7, 2009, to the custody of the Bureau of Prisons for a term of 128 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Antonio Maurice Bagley was released from custody on June 16, 2017, at which time the term of supervised release commenced.

On October 26, 2018, the court was notified that on October 20, 2018, in Wake County, North Carolina, a warrant was served on the offender alleging that he committed the offense of Misdemeanor Public Disturbance on September 21, 2018. On February 26, 2019, the defendant pled guilty to Misdemeanor Disorderly Conduct.

On March 7, 2019, the defendant reported for an office visit to talk about his guilty plea of Misdemeanor Disorderly Conduct and admitted to using marijuana on March 2, 2019. As a result, the probation office recommended that he be placed back into the Surprise Urinalysis Program, afforded an opportunity to participate in substance abuse treatment and complete 16 hours of community service. On March 8, 2019, the court concurred.

On April 12, 2019, the court was notified that on April 4, 2019, in Wake County, North Carolina, it was alleged that the defendant committed the offense of Misdemeanor Attempted Break or Entering a Building. This charge remains pending. Based on the circumstances surrounding this case, the probation office recommended that the case be allowed to resolve itself in state court with no further federal court action taken. The court concurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 6, 2019, the probation officer met with the defendant at Wake Medical Hospital. Mr. Bagley and other family members were visiting with his nephew who was recently involved in a serious car accident. The defendant reported feeling overwhelmed due to his nephew's current situation and his own life's struggles and admitted to smoking marijuana on June 1, 2019. As a result, the probation office is recommending that he continue in the Surprise Urinalysis Program, substance abuse treatment and that he participate in mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Antonio Maurice Bagley
Docket No. 5:09-CR-200-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Maurice J. Foy<br>Maurice J. Foy<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: June 13, 2019 |

### ORDER OF THE COURT

Considered and ordered this 14th day of June, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge